UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>OMAR GUZMAN,<br>　　　　　Defendant. | Case No. 4:17-cr-00499-PJH-1　(DMR)<br><br>**ORDER RE: BAIL REVOKED, BOND VACATED AND DEFENDANT REMANDED TO CUSTODY** |

After conducting a bail violation hearing on August 15, 2018, and for the reasons stated on the record, the court hereby orders:

1. The defendant's bail is REVOKED;
2. The defendant is REMANDED to the custody of the U.S. Marshal pending sentencing before District Judge Phyllis J. Hamilton or until further order of this Court.

**IT IS SO ORDERED.**

Dated: August 15, 2018

_____
DONNA M. RYU
United States Magistrate Judge